

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MARTIN HERRERA, | § | No. 08-17-00043-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05440) |
| | § | |

## **O R D E R**

The Court on its own motion ORDERS the District Clerk of El Paso County, Texas to forward the following original exhibit to the Court:  State's Exhibit 1.  The original exhibit is due with this Court on or before August 22, 2018.   The Court will return the original exhibit to the District Clerk of El Paso County, Texas, after final disposition of this appeal.

IT IS SO ORDERED this 20th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.